IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT STEVEN PRICE,

     **Plaintiff,**

v.                                                                  Case No. 5:25-cv-72-AW-MJF

MICHAEL HAMMOND,

     **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 17), and having considered de novo the issues raised in Plaintiff's objections (ECF No. 18), I now adopt the report and recommendation and incorporate it into this order. I agree with the magistrate judge that Plaintiff did not accurately disclose his litigation history (Plaintiff does not contend otherwise), and I agree that dismissal is the appropriate consequence.

Plaintiff contends there is a "history between the Plaintiff and [the magistrate judge." ECF No. 18 at 2. But he points to nothing beyond dissatisfaction with the magistrate judge's rulings. I also reject Plaintiff's argument that the omission was "an insignificant clerical error." *Id.* The court requirement that plaintiffs disclose litigation history serves important functions, as the magistrate judge explains.

The objections are overruled. The clerk will enter a judgment that says, "This case is dismissed without prejudice pursuant to the court's inherent authority to

1

manage its docket and enforce its local rules and based on Plaintiff's failure to truthfully disclose his litigation history." The clerk will then close the file.

SO ORDERED on April 24, 2026.

s/ *Allen Winsor*
Chief United States District Judge